```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA TONER,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.

        Defendants.

22-CV-01354 (JHR) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    At the request of the parties, the settlement conference scheduled for March 20, 2024, is hereby ADJOURNED to **May 7, 2024**, at **2:15 p.m.** The parties shall submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 30 ¶¶ 3, 4) no later than **April 30, 2024**.

Dated: New York, New York
       March 6, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**