USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/30/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA TONER,

              Plaintiff,

    -against-

CITY OF NEW YORK, et al.

            Defendants.

22-CV-01354 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      Defendants' motion (Dkt. 37) requesting that the Court cancel the settlement conference presently scheduled for May 7, 2024, is granted. The conference is hereby ADJOURNED *sine die*. The parties' deadline to file confidential letters and acknowledgement forms is also ADJOURNED *sine die*. The parties may contact Judge Moses's Chambers if and when they believe that a settlement conference will be productive.

Dated: New York, New York
     April 30, 2024           **SO ORDERED.**

                                _____

                                **BARBARA MOSES**
                                **United States Magistrate Judge**