**KLEIN**
**CIVIL RIGHTS**

**Brett H. Klein, Esq., PLLC**
233 Broadway, Suite 1720
New York, New York 10279
T: (212) 335-0132 F: (212) 335-0571

March 9, 2026

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
500 Pearl Street
New York, New York 10007

      Re:    *Sabrina Toner v. City of New York, et al.,* 22 CV 1354 (JRF)

Your Honor:

      I represent the plaintiff in the above-referenced civil rights action.  I write jointly with defense counsel to request that the Court set a trial date for October, November, or thereafter, and that the deadline to submit the parties' proposed Joint Pretrial Order and associated materials be enlarged from March 11, 2026, to 30 days prior to trial.[1]

      As an initial matter, since receipt of the Court's Memorandum Opinion and Order on February 9, 2026, the parties have been working cooperatively.  Despite travel plans for President's week with my family, which were unexpectedly extended 4 extra days into the following week due to the recent storm's interruption of air travel, followed by Mr. Accarino being away for the following week, the parties have reopened settlement discussions, and late last week determined that settlement would not be possible at this time.

      The parties request an October, November or later trial date for a number of reasons.  First, Mr. Accarino has a trial in the Eastern District on May 18.  Further, I have a wrongful conviction trial in the Court of Claims scheduled for the first three weeks of May in Albany, a Court of Claims trial in June in Rochester, and I am trial counsel in a matter scheduled for a Southern District jury trial also in June. Further, my firm is in the process of onboarding a new attorney replacing an attorney who recently left my office after working for the firm for over 10 years and who substantially litigated this case for my office.  It is our hope that our new hire will be with the firm by June.  Due to summer travel and vacation plans, together with other substantial discovery obligations that are ongoing through July and August, as well as Mr. Accarino on previously scheduled leave the first two weeks of September, an October or later date would allow the parties sufficient time to adequately prepare for trial given the circumstances.

---

[1] Defense Counsel respectfully notes that he has a medical procedure scheduled for March 11, 2026 and will be unavailable that day.

Thank you for your consideration.

Respectfully,

*Brett Klein*

Brett H. Klein

cc:    Gregory J.O. Accarino, Esq. (by ECF)


The Court will set a trial date only after the parties file their joint pretrial materials.  Accordingly, the request for an extension of time to file the proposed joint pretrial order and related materials is denied. As a courtesy, and in light of defense counsel's medical procedure, the deadline is extended by two weeks to March 25, 2026.  The Clerk of Court is directed to terminate ECF No. 60.

SO ORDERED.

March 10, 2026

2