**KLEIN CIVIL RIGHTS**

**Brett H. Klein, Esq., PLLC**
233 Broadway, Suite 1720
New York, New York 10279
T: (212) 335-0132 F: (212) 335-0571

March 23, 2026

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
500 Pearl Street
New York, New York 10007

   Re: *Sabrina Toner v. City of New York, et al.,* 22 CV 1354 (JRF)

Your Honor:

  I represent the plaintiff in the above-referenced civil rights action.  I write jointly with defense counsel to request an enlargement of the parties' deadline to file their proposed Joint Pretrial Order and associated filings from March 25, 2026 to April 1, 2026.  While the parties have been working cooperatively, the undersigned ran into a series of unanticipated IT issues starting on Thursday that persisted through today.  This resulted in an interruption to the parties' internal timeline to produce the necessary joint submissions.  As a result, while plaintiff has drafts of all filings substantially completed, they have not yet been provided to defendants.  The parties thus request one additional week to prepare and file the necessary submissions.

  Thank you for your consideration.

         Respectfully,

         *Brett Klein*

         Brett H. Klein

cc: Gregory J.O. Accarino, Esq. (by ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 62.

SO ORDERED.

March 24, 2026