

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

March 31, 2026

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    Sabrina Toner v. City of New York, et al.
>        22 Civ. 1354 (LGS)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendants City of New York, Parks Enforcement Patrol ("PEP") Officer Jonathan Martinez, and PEP Officer Steve Gauvy ("defendants"). The parties write jointly to respectfully request that the Court grant an extension from April 1, 2026 until April 13, 2026 for the parties to submit their proposed Joint Pretrial Order and associated filings. This is the parties' third such request, the first of which was denied in part, and the second of which was granted. *See* Dkt. Nos. 60-63. This request does not affect any other Court deadlines.

By way of background, the parties have made significant progress exchanging drafts of the Joint Pretrial Order, the joint verdict sheet, voir dire, and jury charge, and were scheduling discussions to confer about their motions *in limine*, with the intention of filing the documents by tomorrow's deadline.

The defendants provided several documents back to plaintiff today for review. However, plaintiff's counsel is currently on leave, and his flight has been continuously delayed, and cancelled late this evening. As such, the parties' document exchange has been put to a halt, and the parties have also been unable to confer about their motions *in limine*. Plaintiff's counsel reached out to the undersigned this evening and suggested requesting an extension of the deadlines until Friday, April 3, 2026 because plaintiff's counsel has holiday commitments on Wednesday, April 1, 2026 and Thursday, April 2, 2026. However, the undersigned is on previously scheduled leave from Friday, April 3, 2026 through Tuesday, April 7, 2026 for the Easter holiday and discussed requesting an extension until Wednesday, April 8, 2026 because he would be unavailable

for the proposed deadline, but plaintiff's counsel informed the undersigned that he is on another previously scheduled leave from Saturday, April 4, 2026 through Thursday, April 9, 2026, and, as a result, additional time would be necessary.  Therefore, the parties respectfully request the Court extend the deadline for the parties to submit their proposed Joint Pretrial Order and associated filings until Monday, April 13, 2026and to afford the parties the opportunity to meaningfully confer about their motions *in limine* prior to filing with the Court.

Accordingly, the parties jointly respectfully request that the Court grant an extension from April 1, 2026 until April 13, 2026 for the parties to submit their proposed Joint Pretrial Order and associated filings.

The parties thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc:     **By ECF**
        Brett H. Klein
        *Attorney for Plaintiff*

Application GRANTED.  Any further extensions are unlikely to be granted.

The Clerk of Court is directed to terminate ECF No. 64.

SO ORDERED.

April 1, 2026

2