

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

April 24, 2026

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Sabrina Toner v. City of New York, et al.
              22 Civ. 1354 (JMF)

Your Honor:

      I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendants City of New York, Parks Enforcement Patrol ("PEP") Officer Jonathan Martinez, and PEP Officer Steve Gauvy ("defendants").

      Defendants write to respectfully request that the Court adjourn the July 27, 2026 trial date due to a scheduling conflict with defendant Martinez. This is defendants' first request to adjourn the trial date and does not affect any other Court deadlines. Plaintiff consents to this request.

      By way of background, on April 21, 2026, the Court issued a Scheduling Order, scheduling the trial in the matter to begin on July 27, 2026 at 9:00 a.m., and also scheduling a final pretrial conference on July 2, 2026. *See* Dkt. No. 75, Scheduling Order, April 21, 2026. The Order further stated, "Counsel should immediately confirm the trial date with any and all witnesses and advise the Court if the date is a problem. If counsel fails to bring any such conflict to the Court's attention within the next three days, no adjournments will be granted on that basis." *Id.*

      The undersigned immediately reached out to the defense witnesses and learned that defendant Martinez has a conflict with the July 27, 2026 trial date, as he is out of the country on previously scheduled leave that week from July 22, 2026 through July 31, 2026. Defendants have conferred with plaintiff and the parties jointly submit that they are available for trial the following weeks (the parties do not expect this trial to last more than five days):

- September 28, 2026;[1]
- October 13, 2026;
- October 19, 2026; and
- October 26, 2026.

The undersigned respectfully notes that he will be unavailable on previously scheduled leave from September 2, 2026 through September 11, 2026 and October 2, 2026 through October 5, 2026.

Accordingly, defendants respectfully request, with plaintiff's consent, that the Court adjourn the July 27, 2026 trial date due to a scheduling conflict with defendant Martinez.

The defendants thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc:    **By ECF**
Brett H. Klein
*Attorney for Plaintiff*

The final pretrial conference previously scheduled for July 22, 2026 is hereby ADJOURNED to **September 24, 2026 at 10:00 a.m**.  The trial date previously scheduled to begin on July 27, 2026 is hereby ADJOURNED to **September 28, 2026 at 9:00.  These dates are firm dates.**

The Clerk of Court is directed to terminate ECF No. 78.

SO ORDERED.

April 24, 2026

---

[1] The undersigned respectfully notes the he will be unavailable on Friday, October 2, 2026, should the trial last that long.