**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

September 8, 2026

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Sabrina Toner v. City of New York, et al.
22 Civ. 1354 (JMF)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendants City of New York, Parks Enforcement Patrol ("PEP") Officer Jonathan Martinez, and PEP Officer Steve Gauvy ("defendants").

Defendants write to respectfully request that the Court grant a five (5) day extension of the deadline for defendants to serve plaintiff a copy of transcripts and audio exhibits with their proposed redactions, from September 10, 2026 until September 15, 2026, and a corresponding adjournment of the deadline for the parties to submit joint letter regarding any potential disputes concerning their proposed redactions, from September 17, 2026 until September 23, 2026 at 12:00 p.m. *See* Dkt. No. 82, Order, September 4, 2026. This is defendants' first such request, and it does not affect any other deadlines, including the September 24, 2026 pretrial conference or the September 28, 2026 jury selection date. Plaintiff's counsel consents to this request.

By way of background on September 4, 2026, the Court issued a ruling regarding plaintiff's motion *in limine* concerning the audio exhibits capturing plaintiff's statements to the individual defendants during the incident at issue in this lawsuit, instructing the parties, *inter alia*, that plaintiff's "overtly racist language can and should be redacted from the recordings (and any associated transcript)" and also any statements on the audio exhibit made by bystanders that reference "[p]laintiff's racist language should also be redacted. *Id.* at 2. The Court ordered the parties to come reach an agreement regarding the redactions, and instructed defendants to serve on plaintiff copies of their audio exhibits and transcripts of said audio exhibits with their proposed redactions by September 10, 2026, and have the parties file a joint letter regarding any potential disputes concerning the redactions by September 17, 2026. *See id.* The defendants make this

request for a brief enlargement of these deadlines because the undersigned is on previously scheduled leave, out of the country with limited computer access, beginning on September 2, 2026, and returning to work on September 14, 2026.[1] Furthermore, the defendants have requested until September 23, 2026 at 12:00 p.m. instead of September 22, 2026, because September 21, 2026 is the holiday of Yom Kippur and plaintiff's counsel will be unavailable that date.

Accordingly, for the foregoing reasons, defendants request, with plaintiff counsel's consent, that the Court grant a five (5) day extension of the deadline for defendants to serve plaintiff a copy of transcripts and audio exhibits with their proposed redactions, from September 10, 2026 until September 15, 2026, and a corresponding adjournment of the deadline for the parties to submit joint letter regarding any potential disputes concerning their proposed redactions, from September 17, 2026 until September 23, 2026 at 12:00 p.m.

The defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ Gregory J.O. Accarino
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF**
Brett H. Klein
*Attorney for Plaintiff*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 83.

SO ORDERED

September 9, 2026

[1] The defendants have served on plaintiff copies of transcripts of the two audio exhibits that were recently prepared.