**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SABRINA TONER,

Plaintiff,

22 **CIVIL** 1354 (JMF)

-against-

**JUDGMENT**

CITY OF NEW YORK et al,

Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jesse M. Furman, United States District Judge, the jury having returned a verdict in favor of Defendants on all claims, and the Complaint is hereby dismissed.

**DATED:** New York, New York
October 06, 2026

TAMMI M. HELLWIG

Clerk of Court

BY: [signature]
Deputy Clerk